

1628 JFK BOULEVARD
SUITE 1803
PHILADELPHIA, PA 19103

CHRISTOPHER I. MCCABE, ESQ.
DIRECT DIAL: 215-330-5702
DIRECT FAX: 215-660-0182
E-MAIL: chris@charlsonlaw.com

September 5, 2024

**VIA ECF**
Hon. Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, NY 10007



Re: **Burns Engineering, Inc. v. Arup USA, Inc. v. Potomac Yard Constructors, et al.; No. 24-cv-04556-KPF**

**JOINT REQUEST FOR ADJOURNMENT OF PRETRIAL CONFERENCE**

Dear Judge Failla:

I am counsel for Plaintiff Burns Engineering Inc. This matter is presently scheduled for a pretrial conference on September 13, 2024.

On August 20, Defendant Arup USA, Inc., filed a Third Party Complaint joining Potomac Yard Constructors, Halmar International, LLC, and Schiavone Construction Co. LLC, as Third Party Defendants in this case. In light of the joinder of these additional parties, both Burns and Arup believe that it makes sense to adjourn the scheduled pretrial conference until after these Third Party Defendants have been served and have entered their appearances and answered the Third Party Complaint.

This is a joint request of Burns and Arup, and counsel for Arup has consented to this letter request.

Respectfully,

s/ Christopher I. McCabe

Christopher I. McCabe, Esq.

CIM/cim
cc:   Counsel of Record (via ECF)

ATTORNEYS AT LAW
PENNSYLVANIA · NEW YORK · NEW JERSEY

Application GRANTED. The initial pretrial conference scheduled for September 13, 2024, is hereby ADJOURNED to **October 29, 2024, at 11:00 a.m.** As before, the conference will be telephonic, and the dial-in information is as follows: At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The parties are reminded of their obligation to submit a joint pre-conference statement and proposed civil case management plan on or before **October 24, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 31.

Date:   September 6, 2024      SO ORDERED.
        New York, New York

                                *[signature: Katherine Polk Failla]*

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE